V.R. Bohman, Esq.
Nevada Bar No. 13075
Erik J. Foley, Esq.
Nevada Bar No. 14195
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
vbohman@swlaw.com
efoley@swlaw.com

(*additional counsel on signature page*)

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TELIAX TECHNOLOGY LLC, | Case No. 2:22-cv-00362-GMN-DJA |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| AFFINITY NETWORK INC., | |
| Defendant. | |
| | **(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiff Teliax Technology LLC ("Teliax"), by and through its counsel of record, files this Unopposed Motion to Extend Defendant Affinity Network Inc.'s ("ANI") Time to File an Answer or Otherwise Respond to Plaintiff's Complaint. This is the first request to extend this deadline.

Teliax filed the Complaint on February 28, 2022. (Doc. No. 1). Teliax served the Complaint and Summons on ANI on March 3, 2022. (Doc. No. 7). The current deadline for ANI to answer or otherwise respond to the Complaint is March 24, 2022.

4876-2384-7192

1 The parties believe the litigation of this matter will be best served by extending the deadline for ANI to answer or otherwise respond to the Complaint by forty-six (46) days so that the parties can explore an amicable resolution of this matter.

Thus, for the reasons set forth above, Teliax respectfully requests that this Court grant its request to continue the deadline for ANI to answer or otherwise respond to the Complaint by forty-six (46) days up to and including May 9, 2022.

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 28, 2022

DATED: March 24, 2022

Respectfully submitted,

SNELL & WILMER L.L.P.

/s/ *V.R. Bohman*
V.R. Bohman, Esq. (Nevada Bar No. 13075)
Erik J. Foley, Esq. (Nevada Bar No. 14195)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

OF COUNSEL:

Jeffrey D. Blake *(Pro Hac Vice Forthcoming)*
MERCHANT & GOULD P.C.
191 Peachtree Street N.E., Suite 3800
Atlanta, GA 30303
Telephone: (404) 954-5040
Email: JBlake@MerchantGould.com

James W. Beard *(Admitted Pro Hac Vice)*
MERCHANT & GOULD P.C.
1801 California Street, Suite 3300
Denver, CO 80202
Telephone: (303) 357-1189
Facsimile: (612) 332-9081
Email: JBeard@MerchantGould.com

*Attorneys for Plaintiff*

- 2 -

4876-2384-7192

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2022 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

        */s/ D'Andrea Dunn*
        An employee of SNELL & WILMER L.L.P.

4876-2384-7192