V.R. Bohman, Esq.
Nevada Bar No. 13075
Gil Kahn, Esq.
Nevada Bar. No. 14220
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
vbohman@swlaw.com
gkahn@swlaw.com

(Additional counsel on signature page)

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TELIAX TECHNOLOGY LLC, and THE TOLL-FREE EXCHANGE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AFFINITY NETWORK INC., <br><br> Defendant. | Case No. 2:22-cv-00362-CDS-DJA <br><br> **STIPULATION TO SET TIME TO ANSWER SUPPLEMENTAL COMPLAINT** <br><br> (First Request) |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, counsel of record for Plaintiffs Teliax Technology LLC and The Toll-Free Exchange, LLC ("Plaintiffs") and for Defendant Affinity Network Inc. ("ANI," and collectively with Plaintiffs, the "Parties") respectfully stipulate to set the date for ANI to answer Plaintiffs' Supplemental Complaint (ECF No. 16) with the following background and for the following reasons:

- The Court previously granted Plaintiff Teliax Technology's unopposed motion to extend time to answer the initial complaint, which provided ANI an additional forty-six days to respond. ECF No. 10.

- On May 9, 2022, the day set for ANI's response, Plaintiffs filed their Supplemental Complaint. ECF No. 16.

- ANI accepted service of the Supplemental Complaint on May 11, 2022.

- While Federal Rule of Civil Procedure 15(a)(3) provides that a response to an amended pleading "must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later," Rule 15(d) states regarding supplemental pleadings that the Court "may order that the opposing party plead to the supplemental pleading within a specified time."

- The Parties thereby request that the Court issue an order setting the time for ANI to respond to the Supplemental Complaint to twenty-one days from service, up to and including June 1, 2022.

Stipulated on behalf of Plaintiffs:

SNELL & WILMER L.L.P.

/s/ *V.R. Bohman*
V.R. Bohman, Esq. (NV Bar No. 13075)
Gil Kahn, Esq. (NV Bar No. 14220)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

OF COUNSEL:

Jeffrey D. Blake, Esq.
(*Pro Hac Vice Application Forthcoming*)
MERCHANT & GOULD P.C.
191 Peachtree Street N.E., Suite 3800
Atlanta, GA 30303
James W. Beard, Esq.
(*Pro Hac Vice*)
MERCHANT & GOULD P.C.
1801 California Street, Suite 3300
Denver, CO 80202

*Attorneys for Plaintiffs*

Stipulated on behalf of Defendant:

WEIDE & MILLER, LTD.

/s/ *F. Chris Austin*
F. Chris Austin, Esq. (NV Bar No. 6559)
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

OF COUNSEL:

Michael J. Zinna, Esq.
(*Pro Hac Vice Application Forthcoming*)
KELLEY DRYE
Vincent M. Ferraro, Esq.
(*Pro Hac Vice Application Forthcoming*)
KELLEY DRYE
One Jefferson Road - 2nd Floor
Parsippany, NJ 07054

*Attorneys for Defendant*

**ORDER**

Good cause appearing, the stipulation is **GRANTED**. The period for ANI to respond to the Supplemental Complaint (ECF No. 16) is extended to twenty-one days from service, up to and including June 1, 2022.

**IT IS SO ORDERED.**

Dated: May 23, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4865-4541-5200

- 3 -