F. Christopher Austin, Esq.
Nevada Bar No. 6559
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805
CAustin@weidemiller.com

(*additional counsel on signature page*)

*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TELIAX TECHNOLOGY LLC, and THE TOLL-FREE EXCHANGE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AFFINITY NETWORK, INC.,<br><br>Defendant. | Case No. 2:22-CV-00362-CDS-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE**<br><br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 1A 6-1, Plaintiffs TELIAX TECHNOLOGY LLC and THE TOLL-FREE EXCHANGE, LLC, and Defendant AFFINITY NETWORK, INC., by and through their undersigned counsel of record, hereby agree and stipulate to continue the hearing presently set for August 30, 2022, at 10:00 AM (ECF 39) to September 20, 2022, at 10 AM.

This request is made due the present unavailability of the respective counsel to attend a hearing on August 30th or prior to September 14th due to professional and personal commitments set prior to the Court's minute order (ECF 39) setting the August 30, 2022, hearing. Counsel understands that September 20th is the next available Court date on which all counsel is available.

/ / /

/ / /

/ / /

fca-w-1465

Accordingly, the undersigned counsel respectfully requests the August 30, 2022, hearing be continued to September 20, 2022, at 10 AM.

Dated: August 19, 2022.

|  |  |
|---|---|
| /s/ James W. Beard | **WEIDE & MILLER, LTD.** |
| James W. Beard, Esq. (*Pro Hac Vice*) | /s/ F. Christopher Austin |
| **MERCHANT & GOULD P.C.** | F. Christopher Austin (NVB# 6559) |
| 1801 California Street, Suite 3300 | caustin@weidemiller.com |
| Denver, CO 80202 | 10655 Park Run Drive, Suite 100 |
|  | Las Vegas, NV 89144 |
| V.R. Bohman, Esq. (NVB# 13075) |  |
| vbohman@swlaw.com | OF COUNSEL: |
| Gil Kahn, Esq. (NVB# 14220) |  |
| gkahn@swlaw.com | Michael J. Zinna, Esq. (*Pro Hac Vice*) |
| **SNELL & WILMER L.L.P.** | mzinna@kelleydrye.com |
| 3883 Howard Hughes Parkway, Suite 1100 | Vincent M. Ferraro, Esq.(*Pro Hac Vice*) |
| Las Vegas, NV 89169 | vferraro@kelleydrye.com |
|  | **KELLEY DRYE & WARREN LLP** |
| OF COUNSEL: | 3 World Trade Center |
|  | New York, NY 10007 |
| **MERCHANT & GOULD P.C.** |  |
| Jeffrey D. Blake, Esq. (*Pro Hac Vice*) | *Attorneys for Defendant* |
| 191 Peachtree Street N.E., Suite 3800 |  |
| Atlanta, GA 30303 |  |
|  |  |
| James W. Beard, Esq. (*Pro Hac Vice*) |  |
| **MERCHANT & GOULD P.C.** |  |
| 1801 California Street, Suite 3300 |  |
| Denver, CO 80202 |  |

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

_____
Hon. Cristina D. Silva
UNITED STATES DISTRICT JUDGE

DATED: _____August 22, 2022

fca-w-1465